# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JON BRUCE HUGHES, Individually ) <br> and on Behalf of all Others Similarly ) <br> Situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ATHENE ANNUITY & LIFE ) <br> ASSURANCE COMPANY, ) <br> INFOSYS MCCAMISH SYSTEMS, ) <br> LLC, A/K/A MCCAMISH ) <br> SYSTEMS, LLC, A/K/A ATHENE ) <br> ANNUITY SERVICE CENTER, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br> 1:17-cv-02702-LMM |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, Jon Bruce Hughes, Athene Annuity & Life Assurance Company and Infosys McCamish Systems, LLC, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and jointly stipulate that Plaintiff's asserted and un-asserted claims against the Defendants are hereby dismissed with prejudice. Each party shall bear its own costs.

Respectfully submitted this 26th day of February 2019.

**INFOSYS MCCAMISH SYSTEMS, LLC**

By: /s/ Delia G. Frazier
Christopher G. Campbell
Georgia Bar No. 789533
Delia G. Frazier
Georgia Bar No 940667
DLA Piper LLP (US)
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia  30309
(404) 736-7800 – Office
(404) 682-7800 – Fax

**ATHENE ANNUITY & LIFE ASSURANCE COMPANY**

By: /s/ J. Ethan McDaniel
Alexander Feinberg
Georgia Bar No. 956505
Lee E. Bains, Jr. (admitted *pro hac vice*)
Jeffrey M. Grantham (admitted *pro hac vice*)
J. Ethan McDaniel (admitted *pro hac vice*)
MAYNARD, COOPER & GALE P.C.
1901 Sixth Ave. N. – Suite 2400
Regions/Harbert Plaza
Birmingham, Alabama 35203
(205) 254-1000 – Office
(205) 254-1999 – Fax

Jason S. Alloy
Georgia Bar No. 013188
Josh Belinfante
Georgia Bar No. 047399
Joseph H. Saul
Georgia Bar No. 432592
ROBBINS ROSS ALLOY BELINFANTE
LITTLEFIELD LLC
999 Peachtree Street, N.E. – Suite 1120
Atlanta, Georgia 30309
(678) 701-9381 – Office
(404) 856-3250 – Fax

**PLAINTIFF JON BRUCE HUGHES**

By: /s/ Rodney E. Miller
Rodney E. Miller
Georgia Bar No. 779467
MCCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, Alabama  35205
(205) 939-0199 – Office
(205) 939-0399 – Fax

## **LOCAL RULE 7.1D CERTIFICATE**

The undersigned hereby certifies that the foregoing Joint Stipulation for Dismissal With Prejudice has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1B.

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed this document with the Clerk of the District Court using the CM/ECF system, which sends notification of such filing to all attorneys of record.

Dated: February 26, 2019

                                                By: /s/ J. Ethan McDaniel
                                                        J. Ethan McDaniel